# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: RAKOCZY, DENNIS BERNARD            § Case No. 09-73721
       RAKOCZY, KATHLEEN                  §
                                          §
Debtor(s)                                 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   United States Bankruptcy Court
   211 South Court Street
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 11/03/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

        Dated:  09/30/2010           By:  /s/JAMES E. STEVENS
                                                 Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: RAKOCZY, DENNIS BERNARD           § Case No. 09-73721
       RAKOCZY, KATHLEEN                  §
                                          §
Debtor(s)                                 §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 11,002.08 |
| *and approved disbursements of* | $ 1,266.59 |
| *leaving a balance on hand of* [1] | $ 9,735.49 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                              *Proposed Payment*
                          N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JAMES E. STEVENS | $ 1,850.21 | $ |
| Attorney for trustee | Barrick, Switzer, Long, Balsley & Van Evera | $ 1,387.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                *Fees*                *Expenses*

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

|  |  |  |  |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
|  | N/A |  |  |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,422.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.4 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Roundup Funding, LLC | $ 393.81 | $ 68.38 |
| 2 | PYOD LLC its successors and assigns as assignee of | $ 15,047.78 | $ 2,613.02 |
| 3 | Chase Bank USA, N.A. | $ 13,709.32 | $ 2,380.60 |
| 4 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 8,271.18 | $ 1,436.28 |

**UST Form 101-7-NFR (9/1/2009)**

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                                 *Allowed Amt. of Claim*   *Proposed Payment*

                                N/A

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number*   *Claimant*                                 *Allowed Amt. of Claim*   *Proposed Payment*

                                N/A

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

                                              Prepared By:  /s/JAMES E. STEVENS
                                                                      Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: jshores                Page 1 of 1         Date Rcvd: Oct 04, 2010
Case: 09-73721                 Form ID: pdf006              Total Noticed: 16

The following entities were noticed by first class mail on Oct 06, 2010.
db/jdb        +Dennis Bernard Rakoczy,   Kathleen Rakoczy,   107 Lake Drive,   Lake in the Hills, IL 60156-1325
aty           +Scott A Bentley,   Law Office of Scott A. Bentley,   618 S. Route 31,   Suite 1,
                McHenry, IL 60050-8273
tr            +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
                Rockford, IL 61108-2579
14388967       Bank of America,   PO Box 15019,   Wilmington, DE 19886-5019
14388968      +Capital One,   PO Box 6492,   Carol Stream, IL 60197-6492
14674453       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14388970      +Chase Card Services,   PO Box 15153,   Wilmington, DE 19886-5153
14388971       Citi Card,   PO Box 688914,   Des Moines, IA 50368-8914
14388972       Countrywide Bank,   PO Box 650070,   Dallas, TX 75265-0070
14388973       Dress Barn,   PO Box 659704,   San Antonio, TX 78265-9704
14388974      +Harris NA,   111 W. Monroe Street,   PO Box 755,   Chicago, IL 60690-0755
14597665      +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
                PO Box 19008,   Greenville, SC 29602-9008
14388975     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,   PO Box 5855,
                Carol Stream, IL 60197-5855)
14388976     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US Bank,   PO Box 790408,   St. Louis, MO 63179-0408)

The following entities were noticed by electronic transmission on Oct 05, 2010.
14863617       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 05 2010 01:21:27
                FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
                Oklahoma City, OK  73124-8809
14564403       E-mail/PDF: BNCEmails@blinellc.com Oct 05 2010 01:25:20      Roundup Funding, LLC,   MS 550,
                PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
                Rockford, Il 61108-2579
14388969*     +Capital One,   PO Box 6492,   Carol Stream, IL 60197-6492
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 06, 2010**          **Signature:** _Joseph Speetjens_