# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: RAKOCZY, DENNIS BERNARD § Case No. 09-73721
RAKOCZY, KATHLEEN §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $195,927.94 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $6,498.28 | Claims Discharged Without Payment: $47,093.37 |
| Total Expenses of Administration: $4,503.80 | |

3) Total gross receipts of $ 11,002.08 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $11,002.08 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $219,096.08 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 4,503.80 | 4,503.80 | 4,503.80 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 51,337.07 | 37,422.09 | 37,422.09 | 6,498.28 |
| **TOTAL DISBURSEMENTS** | $270,433.15 | $41,925.89 | $41,925.89 | $11,002.08 |

4) This case was originally filed under Chapter 7 on August 31, 2009. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/21/2010        By: /s/JAMES E. STEVENS
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2002 Harley Davidson | 1129-000 | 11,000.00 |
| Interest Income | 1270-000 | 2.08 |
| **TOTAL GROSS RECEIPTS** | | **$11,002.08** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Countrywide Bank | 4110-000 | 176,076.73 | N/A | N/A | 0.00 |
| NOTFILED | Harris NA | 4110-000 | 31,834.15 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Financial Services | 4110-000 | 11,185.20 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$219,096.08** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,850.21 | 1,850.21 | 1,850.21 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,387.00 | 1,387.00 | 1,387.00 |
| Kegel Motorcycle Company, Inc. | 3991-000 | N/A | 1,100.00 | 1,100.00 | 1,100.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| Kegel Motorcycle Company, Inc. | 3992-000 | N/A | | 157.40 | 157.40 | 157.40 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | | 9.19 | 9.19 | 9.19 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | 4,503.80 | 4,503.80 | 4,503.80 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Roundup Funding, LLC | 7100-000 | 333.03 | 393.81 | 393.81 | 68.38 |
| 2 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 13,914.67 | 15,047.78 | 15,047.78 | 2,613.02 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 13,136.23 | 13,709.32 | 13,709.32 | 2,380.60 |
| 4 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 7,783.58 | 8,271.18 | 8,271.18 | 1,436.28 |
| NOTFILED | Capital One | 7100-000 | 8,771.21 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 7,398.35 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 51,337.07 | 37,422.09 | 37,422.09 | 6,498.28 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 09-73721 | Trustee: | (330420) JAMES E. STEVENS |
|---|---|---|---|
| Case Name: | RAKOCZY, DENNIS BERNARD | Filed (f) or Converted (c): | 08/31/09 (f) |
| | RAKOCZY, KATHLEEN | §341(a) Meeting Date: | 09/30/09 |
| Period Ending: | 12/21/10 | Claims Bar Date: | 01/07/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Debtors' Residence 107 Lake Drive, Lake in the H | 168,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking Account # | 500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Union Account Amalgamated Bank | 35.51 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous household goods and furnishings | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Miscellaneous books, pictures, etc. | 25.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellaneous wearing apparel | 150.00 | 0.00 | DA | 0.00 | FA |
| 7 | Miscellaneous sports equipment | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Life Insurance Policy (2) | 2,260.00 | 0.00 | DA | 0.00 | FA |
| 9 | Life Insurance Policy PDF SOB Knights of Columbu | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 401(K) | 5,231.32 | 0.00 | DA | 0.00 | FA |
| 11 | Union Pension IBEW Local 117 | 5,501.11 | 0.00 | DA | 0.00 | FA |
| 12 | 1999 Toyota Avalon | 3,675.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2002 Harley Davidson | 9,850.00 | 9,850.00 | DA | 11,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.08 | FA |
| 14 | Assets    Totals (Excluding unknown values) | $195,927.94 | $9,850.00 | | $11,002.08 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    August 31, 2010        Current Projected Date Of Final Report (TFR):    September 15, 2010 (Actual)

Printed: 12/21/2010 11:32 AM    V.12.54

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-73721 | | Trustee: | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| Case Name: | RAKOCZY, DENNIS BERNARD | | Bank Name: | The Bank of New York Mellon |
| | RAKOCZY, KATHLEEN | | Account: | 9200-******36-65 - Money Market Account |
| Taxpayer ID #: | **-***1880 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 12/21/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 05/13/10 | | Kegel Motorcycle Company, Inc. | sale of Harley Davidson | | | 9,742.60 | | 9,742.60 |
| | {13} | | sale of motorcycle | 11,000.00 | 1129-000 | | | 9,742.60 |
| | | | commission for sale | -1,100.00 | 3991-000 | | | 9,742.60 |
| | | | repair order | -157.40 | 3992-000 | | | 9,742.60 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.33 | | 9,742.93 |
| 06/08/10 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-73721, Bond #016018067 | | 2300-000 | | 9.19 | 9,733.74 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.56 | | 9,734.30 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.58 | | 9,734.88 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.58 | | 9,735.46 |
| 09/15/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | | 1270-000 | 0.03 | | 9,735.49 |
| 09/15/10 | | To Account #9200******3666 | transfer to close money market account | | 9999-000 | | 9,735.49 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 9,744.68 | 9,744.68 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 9,735.49 | |
| | | | **Subtotal** | | | 9,744.68 | 9.19 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$9,744.68** | **$9.19** | |

{} Asset reference(s)

Printed: 12/21/2010 11:32 AM  V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-73721 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | RAKOCZY, DENNIS BERNARD | | Bank Name: | The Bank of New York Mellon |
| | RAKOCZY, KATHLEEN | | Account: | 9200-******36-66 - Checking Account |
| Taxpayer ID #: | **-***1880 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 12/21/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/15/10 | | From Account #9200******3665 | transfer to close money market account | 9999-000 | 9,735.49 | | 9,735.49 |
| 11/03/10 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,387.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,387.00 | 8,348.49 |
| 11/03/10 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,850.21, Trustee Compensation; Reference: | 2100-000 | | 1,850.21 | 6,498.28 |
| 11/03/10 | 103 | Roundup Funding, LLC | Dividend paid 17.36% on $393.81; Claim# 1; Filed: $393.81; Reference: | 7100-000 | | 68.38 | 6,429.90 |
| 11/03/10 | 104 | PYOD LLC its successors and assigns as assignee of | Dividend paid 17.36% on $15,047.78; Claim# 2; Filed: $15,047.78; Reference: | 7100-000 | | 2,613.02 | 3,816.88 |
| 11/03/10 | 105 | Chase Bank USA, N.A. | Dividend paid 17.36% on $13,709.32; Claim# 3; Filed: $13,709.32; Reference: | 7100-000 | | 2,380.60 | 1,436.28 |
| 11/03/10 | 106 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 17.36% on $8,271.18; Claim# 4; Filed: $8,271.18; Reference: | 7100-000 | | 1,436.28 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 9,735.49 | 9,735.49 | $0.00 |
| Less: Bank Transfers | 9,735.49 | 0.00 | |
| Subtotal | 0.00 | 9,735.49 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $9,735.49 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******36-65 | 9,744.68 | 9.19 | 0.00 |
| Checking # 9200-******36-66 | 0.00 | 9,735.49 | 0.00 |
| | $9,744.68 | $9,744.68 | $0.00 |

{} Asset reference(s)                                                                                                       Printed: 12/21/2010 11:32 AM    V.12.54